UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROTERIAL CABLE AMERICA, INC., | * * * | |
| Petitioner, | * * * | |
| v. | * * | No. 25-mc-91511-ADB |
| GINA GOETTER, | * * * | |
| Respondent. | * * | |

## **ORDER**

Before the Court is a Petition to Compel Compliance with Arbitration Summons by Proterial Cable America, Inc., [ECF No. 1].  9 U.S.C. § 7 empowers this Court to compel the attendance of a person who refuses or neglects to obey a summons to appear before an arbitrator and to punish failure to attend by contempt.  Upon consideration of the Petition and supporting materials, Petitioner has satisfied the requirements for this Court to compel Respondent's attendance at the arbitration hearing referenced in the Petition.

The Petition is **GRANTED**.  Respondent Gina Goetter is hereby **ORDERED** to comply with the arbitral summons and appear as a witness at the arbitration hearing to be held on December 8, 2025, at 10:00 a.m. at the offices of Covington & Burling LLP, One International Place, Suite 1020, Boston, MA 02110-2627.

**SO ORDERED.**

November 4, 2025  /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE